UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| EPHRAIM WIEDER,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>TALARIS THERAPEUTICS, INC., GEOFF MACKAY, GAURAV D. SHAH, SAPNA SRIVASTAVA, MARK D. MCDADE, SANDIP AGARWALA, KAREN L. SMITH, SUZANNE T. ILDSTAD, and FRANCOIS NADER,<br><br>　　　　　　　　Defendants. | Case No. 1:23-cv-08355-DEH<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Ephraim Wieder ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: November 2, 2023

　　　　　　　　　　　　　　　　　　　　**WEISS LAW**

　　　　　　　　　　　　　　　　　　　　By _/s/ Michael Rogovin_
　　　　　　　　　　　　　　　　　　　　Michael Rogovin
　　　　　　　　　　　　　　　　　　　　476 Hardendorf Ave. NE
　　　　　　　　　　　　　　　　　　　　Atlanta, GA 30307
　　　　　　　　　　　　　　　　　　　　Tel: (404) 692-7910
　　　　　　　　　　　　　　　　　　　　Fax: (212) 682-3010
　　　　　　　　　　　　　　　　　　　　Email: mrogovin@weisslawllp.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*